**CAMPBELL v. CITY OF HIGH POINT**

[354 N.C. 566 (2001)]

HARLAND DEAN CAMPBELL v. CITY OF HIGH POINT

No. 438A01

(Filed 18 December 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 144 N.C. App. 493, 551 S.E.2d 443 (2001), affirming an order for summary judgment signed 4 April 2000 by Albright, J., in Superior Court, Guilford County. Heard in the Supreme Court 10 December 2001.

*Skager Law Firm, by Philip R. Skager, for plaintiff-appellant.*

*Womble Carlyle Sandridge & Rice, PLLC, by Gusti W. Frankel and Alison R. Bost, for defendant-appellee.*

PER CURIAM.

AFFIRMED.